UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

      Plaintiff,

      v.

SARES-REGIS GROUP RESIDENTIAL, INC, et al.,

      Defendants.

Case No.  3:26-cv-01289-CRB

**ORDER OF RECUSAL**

Re: Dkt. Nos. 2, 3, 5

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: February 12, 2026

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California